IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**TOMMY HUGHES DAVIDSON, JR.**                                                         **PETITIONER**

**V.**                        **CIVIL ACTION NO. 3:15-CV-587-HTW-LRA**

**SUPERINTENDENT RONALD KING**                                       **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court pursuant to the Report and Recommendation [docket no. 19] of United States Magistrate Judge Linda Anderson, which recommends that this court dismiss petitioner Tommy Hughs Davidson, Jr.'s, petition for a writ of habeas corpus, with prejudice, for failure to state a claim upon which relief may be granted and for failure to exhaust state court remedies.  Plaintiff has filed no objection.

Based upon the evidence in the Report and Recommendation, this court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the order of this court.  The petition shall be dismissed, with prejudice.

**SO ORDERED, THIS THE 31st DAY OF MARCH, 2016.**

                                                   **s/ HENRY T. WINGATE**
                                                   **UNITED STATES DISTRICT JUDGE**